# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3955

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Western |
| Raymond Keith Gailey, | * | District of Missouri. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |
| _____ | * | |
| | * | |
| Association of American Physicians and | * | |
| Surgeons; Missouri State Medical | * | |
| Association, | * | |
| | * | |
| Amicus Curaie on | * | |
| behalf of Appellant. | * | |

_____

Submitted:  April 20, 1999
Filed:  May 7, 1999

_____

Before BOWMAN, Chief Judge,[*] FAGG, Circuit Judge, and BOGUE,[**] District
    Judge.

PER CURIAM.

Raymond Keith Gailey appeals his conviction for mail fraud. Gailey contends
the evidence is insufficient to support the jury's verdict. Gailey also contends the
district court improperly instructed the jury on past similar bad acts. We reject
Gailey's contentions and conclude that an extended discussion of the issues presented
by this appeal will serve no precedential purpose. First, the record contains
substantial evidence on which the jury reasonably could have found Gailey guilty of
the charge. Second, the district court correctly instructed the jury on past bad acts
evidence. We thus affirm Gailey's conviction. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable Pasco M. Bowman stepped down as Chief Judge of the United
States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999.
He has been succeeded by the Honorable Roger L. Wollman.

[**]The Honorable Andrew W. Bogue, United States District Judge for the
District of South Dakota, sitting by designation.